United States District Court
for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

           Plaintiff

**$405,769.66 IN UNITED STATES CURRENCY**
**INCLUDING BUT NOT LIMITED TO, ET AL**

           Defendant

_____

:
:
:    Civil No. 09-1011
:
:    Order of Reassignment
:
:
:
:
:


It is on this 17th day of March 2009,

O R D E R E D that the entitled action is reassigned

from Judge Katharine S. Hayden to Judge Stanley R. Chesler.


           _____S/Garrett E. Brown. Jr._____
           Garrett E. Brown, Jr., Chief Judge
           United States District Court